# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**JEFFREY ALAN NICHOLS**　　　　　　　　　　　　　　　　　**PETITIONER**
**Reg #32974-045**

**v.**　　　　　　**Case No. 2:20-CV-00109-LPR**

**DEWAYNE HENDRIX, Warden**
**FCI - Forrest City**　　　　　　　　　　　　　　　　　　　　　**RESPONDENT**

## ORDER

The Court has reviewed the Recommended Disposition (the "Recommendation") submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful consideration of the Recommendation and the record, the Court approves and adopts the Recommendation in its entirety. Mr. Nichols's Petition for Writ of Habeas Corpus is DISMISSED without prejudice, and the requested relief denied.

IT IS SO ORDERED this 31st day of August, 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE