# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**JEFFREY ALAN NICHOLS**　　　　　　　　　　　　　　　　**PETITIONER**
**Reg #32974-045**

**v.**　　　　　　　**Case No. 2:20-CV-00109-LPR**

**DEWAYNE HENDRIX, Warden**
**FCI - Forrest City**　　　　　　　　　　　　　　　　　　**RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 31st day of August, 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE